FILED
CLERK, U.S. DISTRICT COURT
APR 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Gary Lindley, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: CR 04-1150-RGK <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown bail resources and recent background,

1 | _no known ties to community, committed criminal_
2 | _act while on supervision_
3 |
4 | (and)/or
5 | B. (✓) The defendant has not met (his)/her burden of establishing by
6 | clear and convincing evidence that (he)/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _current allegations, including new criminal_
10 | _conviction_
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: 4/13/15
18 | JEAN ROSENBLUTH
   | U.S. MAGISTRATE JUDGE